RECEIVED
AUG 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

IVAN FICKEN, individually, and as father and
best friend of and on behalf of CIPRIAN IVANOF,
etal

    Plaintiffs,

vs.

AMR Corporation,
AMERICAN AIRLINES, INC.
AMR EAGLE HOLDING Corporation,
etal

CIVIL ACTION NO. MC06-0083(RMU)

---

### NOTICE OF CHANGE OF ADDRESS

Notice is hereby given that on or about August 23, 2006, Plaintiffs will return to the United States and will no longer be available at the address to which previous communications have been sent. The Court and any Defendants are requested to send copies of any filings or notices being mailed after August 15, 2006 to Ficken's sister's address as follows:

  2217 Vienna Terrace
  Eau Claire, WI. 54703

Plaintiffs will provide an updated address for future communications as soon as one is available.

_____
Plaintiff Ivan Ficken, individually

_____
Plaintiff Ivan Ficken, for and on behalf of his
adoptive son, Plaintiff Ciprian Ivanof