UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
SEP 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

IVAN FICKEN, individually, and as father and
best friend of and on behalf of CIPRIAN IVANOF,
etal

        Plaintiffs,

vs.

AMR Corporation,
AMERICAN AIRLINES, INC.
AMR EAGLE HOLDING Corporation,
etal

**CIVIL ACTION NO.** MC06-0083(RMU)

---

### NOTICE OF CHANGE OF ADDRESS

Notice is hereby given that effective immediately, Plaintiffs' address should be changed to

    2020½ Second St.
    Eau Claire, WI. 54703

The Court and any Defendants are requested to send copies of any filings or notices to Plaintiffs at the above address. Plaintiffs phone no. is (715) 855-1172.

_____
Plaintiff Ivan Ficken, individually

_____
Plaintiff Ivan Ficken, for and on behalf of his
adoptive son, Plaintiff Ciprian Ivanof