UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IVAN FICKEN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Misc. No. 06-0083 (RMU) |
| | ) | |
| AMR CORPORATION, *et al.*, | ) | Dkt. #1 |
| | ) | |
| Defendants. | ) | |

**ORDER**

It is hereby

ORDERED that Plaintiff's Request and Motion for Reconsideration of Plaintiffs' *In Forma Pauperis* Filing Status [Dkt. #1] is DENIED.

SO ORDERED.

                                                                                         RICARDO M. URBINA
                                                                                     United States District Judge

Date:  September 17, 2007